BRYAN SCHRODER
United States Attorney

ALLISON O'LEARY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
(907) 271-5071
(907) 271-1500 (fax)
Email: allison.oleary@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. |
| Plaintiff, | ) ) ) | COUNT 1: POSSESSION WITH INTENT TO |
| v. | ) ) | DISTRIBUTE 50 GRAMS OR MORE OF ACTUAL METHAMPHETAMINE |
| MARKANTHONY DELEON SAPALASAN | ) ) ) | Vio. of 21 U.S.C. §§ 841(a)(1), (b)(1)(A) |
| Defendant. | ) ) ) ) ) | COUNT 2: POSSESSION OF FIREARM IN FURTHERANCE OF A FEDERAL DRUG TRAFFICKING CRIME |
| | ) ) | Vio. of 18 U.S.C. § 924(c)(1)(A)(i) |
| | ) ) ) ) ) | CRIMINAL FORFEITURE ALLEGATION NO. 1 21 U.S.C. § 853, and R. 32.2(a), Fed. R. Crim. P. |
| | ) ) ) ) ) | CRIMINAL FORFEITURE ALLEGATION NO. 2 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c) |

I N D I C T M E N T

The Grand Jury charges that:

## COUNT 1

On or about August 25, 2018, within the District of Alaska, the defendant, MARKANTHONY DELEON SAPALASAN, did knowingly and intentionally possess with intent to distribute 50 grams or more of actual methamphetamine.

All of which is in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(A).

## COUNT 2

On or about August 25, 2018, within the District of Alaska, the defendant, MARKANTHONY DELEON SAPALASAN did knowingly and intentionally possess a firearm, specifically, a Glock 19 Gen 4, 9mm semiautomatic pistol, in furtherance of a drug trafficking crime, as described in Count 1 of this indictment.

All of which is in violation of 18 U.S.C. § 924(c)(1)(A)(i).

## CRIMINAL FORFEITURE ALLEGATION 1

Upon conviction of Count 1 of this Indictment, the defendant, MARKANTHONY DELEON SAPALASAN, shall forfeit to the United States pursuant to 21 U.S.C. § 853(a)(1) and (a)(2) any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense. The property to be forfeited includes, but is not limited to, the following:

1. a Glock 19 Gen 4 9mm semiautomatic pistol.

All of which is pursuant to 21 U.S.C. § 853; 28 U.S.C. § 2461(c); and Rule 32.2(a), Federal Rules of Criminal Procedure.

CRIMINAL FORFEITURE ALLEGATION NO. 2

The allegations contained in Count 2 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

Upon conviction of the offense in violation of 18 U.S.C. § 924(c)(1)(A)(i), set forth in Count 2 of this Indictment, the defendant, MARKANTHONY DELEON SAPALASAN, shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in or used in knowing violation of the offense, including, but not limited to the following:

2. a Glock 19 Gen 4 9mm semiautomatic pistol.

All in accordance with 18 U.S.C. § 924(d), 28 U.S.C. § 2461(c), and Rule 32.2(a), Federal Rules of Criminal Procedure.

A TRUE BILL.

s/ Grand Jury Foreperson
GRAND JURY FOREPERSON

s/ Stephan Collins for
ALLISON O'LEARY
Assistant U.S. Attorney
United States of America

s/ E. Bryan Wilson for
BRYAN SCHRODER
United States Attorney
United States of America

DATE:    10/16/18