BRYAN SCHRODER
United States Attorney

ALLISON O'LEARY
JENNIFER IVERS
Assistant U.S. Attorneys
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: allison.oleary@usdoj.gov
Email: jennifer.ivers@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) No. 3:18-cr-00130-TMB-MMS |
|---|---|
| Plaintiff, | ) |
| vs. | ) |
| MARKANTHONY DELEON SAPALASAN, | ) |
| Defendant. | ) |

JOINT STATUS REPORT

Come now the parties, by and through counsel, and hereby file this joint status report per this Court's order at Docket 167.

1. The parties do not expect this case to proceed to trial on February 1, 2021 because MGO 20-40 continued jury trials until at least March 1, 2021. Additionally, defense counsel has longstanding out-of-state travel plans

from March 3-10, 2021.

2. The parties expect trial to last four days.

3. There are no discovery disputes or anticipated motions in limine that need to be resolved before trial.

4. The parties estimate 54-55 days remain on the Speedy Trial clock, which remains tolled until at least March 1, 2021.

RESPECTFULLY SUBMITTED January 4, 2021, in Anchorage, Alaska.

BRYAN SCHRODER
United States Attorney

s/ Jennifer Ivers
JENNIFER IVERS
Assistant U.S. Attorney
United States of America

**CERTIFICATE OF SERVICE**

I hereby certify that on January 4, 2021, a true and correct copy of the foregoing was served electronically on the following:

Scott Dattan
Regan Williams

s/ Jennifer Ivers
Office of the U.S. Attorney

U.S. v. Sapalasan
3:20-cr-00130-TMB-MMS

2
Case 3:18-cr-00130-TMB-MMS   Document 168   Filed 01/04/21   Page 2 of 2